therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,
IT IS ORDERED by the court that this cause be, and hereby is, dismissed sua sponte.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2004–2128. Payphone Assn. of Ohio v. Pub. Util. Comm.**
Public Utilities Commission, No. 96–1310–TP–COI.

**2005–0230. State ex rel. Pence v. Indus. Comm.**
Franklin App. No. 04AP–124, 2004-Ohio-7052.
The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2004–2051. State ex rel. Stoops Freightliner v. Roop.**
Franklin App. No. 03AP–1273, 2004-Ohio-5543.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*February 15, 2005*

[Cite as *02/15/2005 Case Announcements,* 2005-Ohio-564.]

## MOTION AND PROCEDURAL RULINGS

**1990–1433. State v. Smith.**
Hamilton App. No. C–880287. By entry filed December 29, 2004, this court ordered that appellant's sentence be carried into execution on Tuesday, March 8, 2005. In order to facilitate this court's timely consideration of any matters relating to the execution of appellant's sentence,

IT IS ORDERED by the court that the Chief Justice may suspend application of any provisions of the Rules of Practice of the Supreme Court, including, but not limited to, the filing requirements imposed by S.Ct.Prac.R. XIV(1).

IT IS FURTHER ORDERED by the court that service of documents as required by S.Ct.Prac.R. XIV(2) shall be personal or by facsimile transmission.

IT IS FURTHER ORDERED by the court that counsel of record for the parties shall supply this court with a copy of any document relating to this matter that is filed in, or issued by, any other court in this state or any federal court, as well as any commutation, pardon, or warrant of reprieve issued by the Governor. A copy of the document shall be delivered to the Office of the Clerk as soon as possible, either personally or by facsimile transmission.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2005–0278. Black v. Wilkins.**
Board of Tax Appeals, No. 2004–G–400.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*February 16, 2005*

[Cite as *02/16/2005 Case Announcements,* 2005-Ohio-531.]